IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-403-MOC-DCK

| | |
|---|---|
| BIN XU, )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>PHILLIP L. DUBOIS, Chancellor of University )<br>of North Carolina at Charlotte, in his individual )<br>and official capacity; JOAN F. LORDEN, in )<br>her individual and official capacity; KENT E. )<br>CURRAN, in his individual and official )<br>capacity; NANCY A. GUTIERREZ, in her )<br>individual and official capacity; BILL HILL, )<br>in his individual and official capacity; and )<br>GERALD L. INGALLS, in his individual )<br>and official capacity, )<br>)<br>    **Defendants.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed his "Certification Of ADR Session" (Document No. 32) notifying the Court that the parties reached a settlement on May 9, 2011. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file their Stipulation of Voluntary Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 10, 2011**.

Signed: May 11, 2011

David C. Keesler
United States Magistrate Judge